IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD WATERHOUSE,

        Petitioner,

vs.                      No. CIV-11-685 JB/CG

TIMOTHY HATCH, Warden,

        Respondent.

### ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on *Respondent's Motion for an Extension of Time to File an Answer*, (Doc. 8). Respondent requests a sixty (60) day extension of time to file an answer to Mr. Waterhouse's habeas petition. The Court, having considered the motion, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that *Respondent's Motion for an Extension of Time to File an Answer*, (Doc. 8), be **GRANTED**. Respondent shall have until November 7, 2011, to file an answer.

 

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted by:
Margaret McLean
Assistant Attorney General
September 6, 2011