IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD WATERHOUSE,

                Petitioner,

vs.                                              No. CIV-11-685 JB/CG

TIMOTHY HATCH, Warden,

                Respondent.

## ORDER DENYING MOTION TO APPOINT COUNSEL

**THIS MATTER** comes before the Court on Petitioner's *Motion for Appointed Counsel.* (Doc. 10). Petitioner states that his case "involves complex questions of law and fact which the petitioner is not capable of presenting to the Court without the assistance of counsel." (*Id.*). He further submits that his claims are not frivolous and that his petition presents "exceptional circumstances" which warrant the appointment of counsel. (*Id.*).

As a general matter, habeas petitioners do not have a right to appointed counsel. *See Clark v. Tansy*, 13 F.3d 1407, 1410 (10th Cir. 1993); *Carter v. Montgomery*, 769 F.2d 1537, 1543 (11th Cir. 1985). Ordinarily, there is no reason to appoint counsel unless the case has reached the stage of proceedings where an evidentiary hearing is required. *See e.g., United States v. Leopard*, 170 F.3d 1013, 1015 (10th Cir. 1999); *Swazo v. Wyoming Dept. of Corrections*, 23 F.3d 332, 333 (10th Cir. 1994). The Court has not yet determined, nor is it clear, whether an evidentiary hearing is required in this proceeding. *See* Rule 8(C), RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS. Accordingly, Petitioner's motion will be denied at this time.

**IT IS THEREFORE ORDERED** that Petitioner's *Motion for Appointed Counsel*, (Doc. 10), be **DENIED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE